IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PES Holdings, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11626 (LSS) <br><br> (Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> -and- <br><br> ICBC STANDARD BANK PLC, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, <br><br> Defendants. | Adversary Proceeding <br><br> Case No. 20-50454 (MFW) <br><br> Re: Docket No. 281 |

## NOTICE OF APPEAL

Multiple insurers (the "Insurers")[2] appeal under 28 U.S.C. § 158(a) from the order [Dkt. No. 281] the ("Order") entered in the above-captioned adversary proceeding (the "Adversary Proceeding") on December 15, 2021, which grants the motion for partial summary judgment [Dkt. No. 207] filed by the above-captioned plaintiffs (the "Plaintiffs") and denies the Insurer's motion for partial summary judgment [Dkt. No. 204].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] The Insurers submitting this Notice of Appeal are listed on Annex 1 hereto.

1

Insurers are filing this Notice of Appeal out of an abundance of caution. This is a "non-core" proceeding in which the Bankruptcy Court has only "related-to" jurisdiction and can enter only a report and recommendation with proposed findings of fact and conclusions of law that will be subject to de novo consideration by the District Court. 28 U.S.C. §157(c)(1). Insurers have expressly withheld their consent to entry of final judgments by the Bankruptcy Court in the Adversary Proceeding.[3] And, even if they had so consented, the Order addresses fewer than all claims in the Adversary Proceeding and therefore, under Fed. R. Bankr. P. 7052(b), would be an interlocutory order and not a final judgment. Insurers file this Notice of Appeal solely to preserve their right to appellate review of the Order in the event any party asserts, or any court holds, that the Order is a final judgment subject to immediate appeal by the filing of a notice of appeal within 14 days of entry of the Order pursuant to Fed. R. Bankr. P. 8002(a). Insurers otherwise reserve the right to seek review of the Bankruptcy Court's determination of the issues it addressed in the Order at the appropriate time following the completion of the upcoming trial to be held in the Bankruptcy Court and its issuance of a report and recommendation with respect to all remaining issues in this Adversary Proceeding under Fed. R. Bankr. P. 7052(a). Insurers request that the District Court hold this Notice of Appeal in abeyance pending entry of any such report and recommendation.

The names of all parties to the order and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[3] *Answer* [Dkt. No. 20] ¶ 13; *Answer to ICBCS's Intervenor Complaint* [Dkt. No. 54] ¶ 9; *Letter to Court* [Dkt. No. 151]; *Reply in Further Support of Defendants' Motion to Strike Plaintiffs' Conditional Demand for Jury Trial* [Dkt. No. 73] at 6; *Transcript of March 2, 2021 Hearing* [Case No. 19-11626, Dkt. No. 1665] at 7:3-6; 13:17-19; *Notice of Entry of Appearance and Demand for Notices and Papers* [Case No. 19-11626, Dkt. No. 929].

| PARTIES | COUNSEL |
|---|---|
| PES Holdings, LLC, *et al.* | **KIRKLAND & ELLIS LLP**<br>Edward O. Sassower<br>Steven N. Serajeddini<br>Matthew C. Fagen<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br><br>Andrew A. Kassof<br>Nader R. Boulos<br>Michael B. Slade<br>William T. Pruitt<br>Whitney L. Becker<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000<br><br>-and-<br><br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones<br>James E. O'Neill<br>Peter J. Keane<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899<br>(302) 652-4100<br><br>-and-<br><br>**COHEN ZIFFER FRENCHMAN & MCKENNA LLP**<br>Kenneth H. Frenchman<br>Robin L. Cohen<br>Marc T. Ladd<br>Alexander M. Sugzda<br>Nicholas R. Maxwell<br>Chelsea L. Ireland<br>1350 Avenue of the Americas, 25th Floor<br>New York, New York 10019<br>(212) 584-1890 |
| ICBC Standard Bank PLC | **WEIL, GOTSHAL & MANGES LLP**<br>David L. Yohai<br>John P. Mastando III<br>Tracy Gelles<br>A.J. Green<br>767 Fifth Avenue |

|  | New York, New York 10153<br>(212) 310-8000<br><br>-and-<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Zachary I. Shapiro<br>J. Zachary Noble<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700 |

| | |
|---|---|
| The Insurers | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Philip Anker<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8890<br><br>Danielle Spinelli<br>Joel Millar<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Benjamin W. Loveland<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>-and-<br><br>**ZELLE LLP**<br>Jonathan R. MacBride<br>1635 Market Street, Suite 1600<br>Philadelphia, PA 19103<br>(484) 532-5330<br><br>Matthew Gonzalez<br>45 Broadway, Suite 920<br>New York, NY 10006<br>(646) 876-4410<br><br>Elizabeth V. Kniffen<br>Lindsey A. Davis<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>(612) 339-2020<br><br>-and-<br><br>**HOGAN MCDANIEL**<br>Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>(302) 656-7540 |

Dated: December 29, 2021

Respectfully submitted,

**HOGAN MCDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel [Del. Bar No. 4167]
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

-and-

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Philip Anker
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8890
Philip.Anker@wilmerhale.com

Danielle Spinelli
Joel Millar
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-663-6000
Danielle.Spinelli@wilmerhale.com

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Benjamin.Loveland@wilmerhale.com

*Counsel for the Insurers*

## ANNEX 1

| |
|---|
| ACE American Insurance Company |
| Allianz Global Risks US Insurance Company's |
| Argo Managing Agency Ltd. |
| Ark Syndicate Management Limited |
| Barbican Corporate Member Limited on behalf of Syndicate 1955 |
| Catlin Underwriting Agencies Limited |
| Certain Subscribing Underwriters at Lloyds in respect of Freberg's issued Policy no. EN100070-18 |
| Chaucer Syndicate Management Ltd on behalf of Syndicate 1084 at Lloyds |
| General Security Indemnity Co of Arizona |
| Great Lakes Insurance SE |
| HDI-Global Insurance Company |
| HDI Global Specialty SE (formerly known as International Insurance Company of Hannover SE) |
| Helvetia Insurance |
| Lancashire Insurance Company (UK) Limited |
| Liberty Mutual Insurance Company |
| Mapfre España |
| Navigators Management Company, Inc. on behalf of: Navigators Syndicate at Lloyd's 1221 (100%) |
| PartnerRe |
| Pioneer Underwriters |
| QBE Europe |
| Talbot Underwriting Limited on behalf of Syndicate 1183 |
| Westport Insurance Corporation |
| XL Insurance America Inc. |
| XL Insurance Company SE |
| Zurich American Insurance Company |