# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re PES Holdings, LLC, *et al.*,[1] ) | |
| ) | |
| ) | |
| ACE AMERICAN INSURANCE ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Appellants, ) | |
| ) | Civil Action No. 1:22-cv-00008-RGA |
| v. ) | |
| ) | |
| PES HOLDINGS, LLC, *et al.*, ) | |
| ) | |
| Appellees. ) | Bankruptcy Case No. 19-11626 (LSS) |
| ) | Adv. Pro. No. 20-50454 (MFW) |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above-captioned appellants and appellees hereby stipulate and agree, pursuant to Federal Rule of Bankruptcy Procedure 8023, that the above-captioned appeal is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 29, 2022

*- Signature Page Follows -*

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

Respectfully submitted,

| *Attorneys for Appellants* | *Attorneys for Appellees* |
|---|---|
| By: */s/ Garvan F. McDaniel* | By: */s/ Peter J. Keane* |
| **HOGAN MCDANIEL** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| Garvan F. McDaniel [Del. Bar No. 4167] | Peter J. Keane [Del. Bar No. 5503] |
| 1311 Delaware Avenue | Laura Davis Jones |
| Wilmington, Delaware 19806 | James E. O'Neill |
| Telephone 302-656-7540 | 919 North Market Street, 17th Floor |
| gmcdaniel@dkhogan.com | Wilmington, Delaware 19899 |
|  | (302) 652-4100 |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **KIRKLAND & ELLIS LLP** |
| Philip Anker | Edward O. Sassower |
| 7 World Trade Center | Steven N. Serajeddini |
| 250 Greenwich Street | Matthew C. Fagen |
| New York, NY 10007 | 601 Lexington Avenue |
| Telephone: 212-230-8890 | New York, New York 10022 |
| Philip.Anker@wilmerhale.com | (212) 446-4800 |
|  |  |
| Benjamin W. Loveland | Andrew A. Kassof |
| 60 State Street | Nader R. Boulos |
| Boston, MA 02109 | Michael B. Slade |
| Telephone: 617-526-6000 | William T. Pruitt |
| Benjamin.Loveland@wilmerhale.com | Whitney L. Becker |
|  | 300 N. LaSalle |
| **ZELLE LLP** | Chicago, Illinois 60654 |
| Jonathan R. MacBride | (312) 862-2000 |
| 1635 Market Street, Suite 1600 |  |
| Philadelphia, PA 19103 | **COHEN ZIFFER FRENCHMAN & MCKENNA LLP** |
| (484) 532-5330 | Kenneth H. Frenchman |
|  | Robin L. Cohen |
| Matthew Gonzalez | Marc T. Ladd |
| 45 Broadway, Suite 920 | Alexander M. Sugzda |
| New York, NY 10006 | Nicholas R. Maxwell |
| (646) 876-4410 | Chelsea L. Ireland |
|  | 1350 Avenue of the Americas, 25th Floor |
| Elizabeth V. Kniffen | New York, New York 10019 |
| Lindsey A. Davis | (212) 584-1890 |
| 500 Washington Avenue South, Suite 4000 |  |
| Minneapolis, MN 55415 |  |
| (612) 339-2020 |  |

SO ORDERED this 29th day of 2022,

/s/ Richard G. Andrews
United States District Judge